**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Gregory M. Gottschlich and Donald L. McNeil,
Appellants,

v.

Strimpfel Custom Homes, Inc.; Joseph A. Reeve; Jerry L.
Richardson; Coastal Surveying, Co., Inc.; Thomas N.
Dye; Jan H. Dye; Ken Oliver; The Byrne Corporation
d/b/a Dunes Marketing Group; Laurich & Deeb, P.A.;
Robert M. Deeb, Jr. and Charles H. Wiseman,
Defendants,

Of whom Ken Oliver, The Byrne Corporation d/b/a
Dunes Marketing Group, Laurich & Deeb, P.A., Robert
M. Deeb, Jr. and Charles H. Wiseman are the,
Respondents.

Appellate Case No. 2010-161986

Appeal From Beaufort County
Marvin H. Dukes, III, Master-in-Equity

Unpublished Opinion No. 2012-UP-676
Heard November 14, 2012– Filed December 19, 2012

**AFFIRMED**

Charles E. Carpenter, Jr. and Carmen Vaughn Ganjehsani, of Carpenter Appeals & Trial Support, LLC, of Columbia, for Appellants.

Susan Taylor Wall, of McNair Law Firm, PA, of Charleston, for Respondents Laurich & Deeb, PA, Robert Deeb, Jr. & Charles Wiseman.

Max G. Mahaffee, of Grimball & Cabaniss, LLC, of Charleston, for Respondents Ken Oliver and The Byrne Corporation d/b/a Dunes Marketing Group.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Jones v. Lott*, 387 S.C. 339, 346, 692 S.E.2d 900, 903 (2010) ("Under the two issue rule, where a decision is based on more than one ground, the appellate court will affirm unless the appellant appeals all grounds because the unappealed ground will become the law of the case."); *id.* at 346, 692 S.E.2d at 903-04 (noting that the two issue rule can be applied to situations not involving a jury); *Anderson v. Short*, 323 S.C. 522, 525-26, 476 S.E.2d 475, 477 (1996) (affirming the trial court's decision because the plaintiff did not appeal all grounds for the decision); *see also* Jean Hoefer Toal, et al., *Appellate Practice in South Carolina* 80 (2nd ed. 2002) ("It is a fundamental rule of law that an appellate court will affirm a ruling by a lower court if the offended party does not challenge that ruling." (citations omitted)).

**AFFIRMED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**